**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                   Case No.  14-11950

Filigree Wideslab of Florida, Inc
                                                                                         Chapter   7


_____Debtor(s)._____/

**CERTIFICATE OF SERVICE**

     I certify that I have uploaded the following documents to BAE Systems' The Noticing Center for service, which has served the documents as indicated:

Order Setting Hearing (Re: [9] Motion to Sell) [DE 18]


                                             Respectfully submitted,

                                             **MARSHALL SOCARRAS GRANT, P.L.**
                                             197 South Federal Highway, Suite 300
                                             Boca Raton, Florida  33432
                                             Telephone No. 561.672.7580
                                             Facsimile No. 561.672.7581
                                             Email:  lpecan@msglaw.com

                                             By:   /s/ Lawrence E. Pecan_____

                                                  LAWRENCE E. PECAN
                                                 Florida Bar No. 99086

```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 14-11950
Filigree Wideslab of Florida, Inc                           Chapter 7
      Debtor
                             CERTIFICATE OF SERVICE
District/off: 113c-c          User: 119         Page 1 of 2         Date Rcvd: Feb 11, 2014
                              Form ID: order    Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Feb 12, 2014.
db           Filigree Wideslab of Florida, Inc,   3501 S.W. 46th Avenue,   Fort Lauderdale, FL 33314-2218
1            3501 Burris Rd. LLC,   48 East Flagler Street,   Miami, FL 33131-1011
2            AT&T Mobility,   PO Box 6463,   Carol Stream, IL 60197-6463
3            Allied Engineering & Testing, Inc.,   5850 Corporation Circle,   Fort Myers, FL 33905-5026
4            American Express,   PO Box 297879,   Fort Lauderdale, FL 33329-7879
5            Bank of America,   P.O. Box 15710,   Wilmington, DE 19886-5710
6            Bigham Insulation & Supply Co., Inc,   PO Box 22146,   Fort Lauderdale, FL 33335-2146
7            Brand Energy Solutions, LLC (239),   PO Box 91473,   Chicago, IL 60693-1473
8            Bret R. Fairbrother,   411 N New River Dr. E Apt. 2603,   Fort Lauderdale, FL 33301-3182
9            Brian E. McMichael,   4757 NW 119th Avenue,   Pompano Beach, FL 33076-3534
10           Broward County Records, Taxes & Treasury,   Attn: Bankruptcy Section,
              115 S. Andrews Ave. # A-100,   Ft. Lauderdale, FL 33301-1888
11           Broward County Tax Collector,   1800 NW 66th Ave,   Suite 100,   Fort Lauderdale, FL 33313-4523
12           Builders Notice Corp.,   708 South Andrews Ave,   Fort Lauderdale, FL 33316-1032
13           Comcast,   PO Box 530099,   Atlanta, GA 30353-0099
14           Davie Battery & Alternator,   6325 S.W. 37th St,   Fort Lauderdale, FL 33314-2512
15           Dealers Southern Lubricants, Inc.,   2040 NW 40th Ct.,   Bldg. 2,   Pompano Beach, FL 33064-8702
16           FPL,   General Mail Facility,   Miami, FL 33188-0001
17           Fairbrother Transport Inc.,   2464 N.W. 64th St,   Boca Raton, FL 33496-3620
18           Fairbrother Transport, Inc.,   411 N New River Dr. E Apt. 2603,   Fort Lauderdale, FL 33301-3182
19           Falcon Tire Center,   4400 S.W. 36 St,   Fort Lauderdale, FL 33314
20           Ferncrest Utilities,   3015 SW 54th Avenue,   Fort Lauderdale, FL 33314-1950
21           Glickman, Witters & Marell,   1601 Forum Pl,   West Palm Beach, FL 33401-8195
22           Grainger,   2131 SW 2nd St,   Bldg 8,   Pompano Beach, FL 33069-3100
23           Hoses Plus, Inc.,   5021 South State Road 7,   Suite 204,   Fort Lauderdale, FL 33314-5635
24           INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346,   preferred
25           Imperial Foam & Insulation Mfg. Co., Inc,   2360 Old Tomoka Road,   Ormond Beach, FL 32174-2529
26           Keye & Landi CPS's,   1640 N. 69th Way,   Hollywood, FL 33024-5634
27           Labor Finders of Broward County, Inc.,   PO Box 6458,   Lake Worth, FL 33466-6458
28           National Tool Supply, Inc.,   5725 Hallandale Beach Blvd,   Hollywood, FL 33023-5277
29           New Line Transport,   PO Box 904139,   Charlotte, NC 28290-4139
30           P&M Welding Supply, Inc.,   4505 S.W. 36th St,   Fort Lauderdale, FL 33314-2202
31           Premium Assigment Corporation,   PO Box 8800,   Tallahassee, FL 32314-8800
32           Progressive,   PO Box 30108,   Tampa, FL 33630-3108
33           Repro Products, Inc.,   4651 SW 51 St,   Fort Lauderdale, FL 33314-5515
34           Robert C. Malt,   196 Silverspur Tr.,   Hot Springs National Park, AR 71913-6809
35           Robert Fairbrother,   347 N New River Dr. E Apt. 2610,   Fort Lauderdale, FL 33301-3169
36           Safway Services, LLC (Miami),   PO Box 1991,   Milwaukee, WI 53201-1991
37           Safway Services, LLC (Tampa),   8006 East Sligh Ave,   Tampa, FL 33610-9513
38           Strand-Tech Martin, Inc.,   PO Box 9098,   New York, NY 10256-0006
39           Structures International, Inc.,   7501 Wiles Road,   Suite 106-B,   Pompano Beach, FL 33067-2063
40           Supermix,   PO Box 557520,   Miami, FL 33255-7520
41           Universal Concrete & Ready Mix Corp.,   1050 West Okeechobee Road,   Hialeah, FL 33018
42           Vertical IT,   550 Adams St,   Suite 3,   Quincy, MA 02169-1300

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 113c-c          User: 119              Page 2 of 2              Date Rcvd: Feb 11, 2014
                              Form ID: order         Total Noticed: 43

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 12, 2014**                         **Signature:**  _Joseph Speetjens_