UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

FILIGREE WIDESLAB
OF FLORIDA, INC.,

Case No. 14-11950-RBR

Chapter 7

Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Re- Notice of Hearing (Re: [9] Motion to Sell Free and Clear of Liens)* [D.E. 21] were served on all parties listed on the attached Service List, and in the manner indicated on February 18, 2014.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  efile@msglaw.com

By:   /s/ Lawrence E. Pecan
       LAWRENCE E. PECAN
       Florida Bar No. 99086

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

- Joe M. Grant            jgrant@msglaw.com, efile@msglaw.com
- Brett A. Elam           ecf@ombkc.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Patricia M. Arias       pma@pariaslaw.com