

3476

# AUCTION REPORTS
# AND SUMMARIES

**RE:**



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

**MAR 1 0 2014**

FILED_____RECEIVED_____

---

## FILIGREE WIDESLAB OF FLORIDA, INC.
### Case No. 14-11950-BKC-RBR
### Kenneth A. Welt, Trustee

---

**Prepared for:**

## *US BANKRUPTCY COURT*
## *BROWARD COUNTY*

**Stampler Auctions | *You'll Profit From Our Experience!*™**
**1914 Tigertail Boulevard | Dania FL 33004**
**800.330.BIDS | 954.921.8888 | Fax 954.342.2080**
**www.stamplerauctions.com | info@stamplerauctions.com**



# AUCTION REPORTS
# AND SUMMARIES

**RE:**

## FILIGREE WIDESLAB OF FLORIDA, INC.
## Case No. 14-11950-BKC-RBR

**Prepared for:**

### *Kenneth A. Welt, Trustee*



*"You'll Profit From Our Experience"™*

March 6, 2014

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 102
Plantation, FL 33322

Re:   Filigree Wideslab of Florida, Inc.
       Case No. 14-11950-BKC-RBR

Dear Mr. Welt

We would like to thank you for choosing Stampler Auctions to conduct
your auction. Enclosed, please find the auction report, accounting
summary, expense report and check for the gross proceeds.

The summary has been filed with the U.S. Trustee, as required. Invoices for
expenses are enclosed. Please remit reimbursement to our firm as per
local rules.

Our summaries should answer any questions you may have, however, if
you need any additional information, please do not hesitate to call.

Sincerely

**Stampler Auctions**

Harry Stampler
President

HS/clc
Enclosures

Signed In The Absence
Of Harry Stampler
To Expedite Delivery

**Stampler Auctions**
**1914 Tigertail Boulevard | Dania FL 33004**
www.stamplerauctions.com | info@stamplerauctions.com

**954** | **921.8888 TEL**
**342.2080 FAX**
**800.330.BIDS**

# **AUCTION REPORT**

## **Re: Filigree Wideslab of Florida, Inc.**

**AUCTION DATE:** Wednesday, February 26, 2014 at 11:00 a.m.

**LOCATION:** 3501 Burris Road (S.W. 46 Avenue)
Davie, Florida 33314

**INSPECTION:** Wednesday, February 26, 2014 – 9:00 a.m. - 11:00 a.m.

**COMMENTS:** There were 43 registered bidders and approximately
300 lots offered for bids. Bidding was competitive and
prices achieved exceeded all expectations.

Please see the following pages for a detailed accounting summary.



# ACCOUNTING SUMMARY

## Re: Filigree Wideslab of Florida, Inc.

GROSS AUCTION AMOUNT....................................................................$ 160,673.00
OVERAGE..............................................................................................$      200.00
ADJUSTED GROSS AUCTION AMOUNT.....................................................$ 160,873.00
**(Check Enclosed)**

OUT-OF-POCKET AUCTION EXPENSES – As Per Proposal ........................$    5,950.00
(Invoice Enclosed)

ADDITIONAL OUT-OF-POCKET AUCTION EXPENSES ................................$      580.41
(Invoice Enclosed)



# AUCTION EXPENSE REPORT

## Re: Filigree Wideslab of Florida, Inc.

**NEWSPAPER ADVERTISING**.............................................................................**$ 1,851.36**

| | | |
|---|---|---|
| Miami Herald – Auction | 02/15 | 97.15 |
| Miami Herald – Auction | 02/16 | 97.15 |
| Miami Herald – Auction | 02/22 | 235.51 |
| Miami Herald – Auction | 02/23 | 235.51 |
| Sun Sentinel – Auction | 02/16 | 106.26 |
| Sun Sentinel – Auction | 02/23 | 275.31 |
| Palm Beach Post – Auction | 02/23 | 190.01 |
| Orlando Sentinel – Auction | 02/23 | 146.46 |
| Daily Business Reviews – Court Ordered Sales | 02/18, 19, 21 | 234.00 |
| Daily Business Reviews – Court Ordered Sales | 02/24, 26, 28 | 234.00 |
| Daily Business Reviews – Bankruptcies | | 0.00 |

**TRADE PUBLICATION ADVERTISING**...................................................................**$   312.65**

| | | |
|---|---|---|
| Industrial Machine Trader with Email Blast | 02/14 | 129.50 |
| Industrial Market Place | 02/20 | 109.15 |
| Myequipauctions.com | 02/13 | 74.00 |
| Truckerzine (with myequipauctions.com) | 02/19 | 0.00 |
| Machinerytrader.com – Classified Crane | 02/18 | 0.00 |

**NEWSPAPER ADVERTISING LAYOUT & PLACEMENT**..........................................**$   216.40**
In house computerized set-up for camera-ready work
(Billed at 10% versus standard 15% for an agency)

**TELEMARKETING / FACSIMILE MARKETING / EMAIL MARKETING**................**$   250.00**

**INTERNET ADVERTISING & WEB POSTING**..........................................................**$   325.00**
Stampler Website / Inventory Listing / Photo Gallery / Email Blasts
auctionzip.com / naa.com / faa.com / craigslist.com
nationalauctionlist.com / epage.com / adsinusa.com
backpage.com / supershopper.com / zibbiz.com
freeadstime.org / freeclassifieds.com / ileeg.com
facebook.com / twitter.com / myspace.com / more



# AUCTION EXPENSE REPORT (cont.)

## Re:  Filigree Wideslab of Florida, Inc.

**ADVANCE AUCTION PROMOTION**...................................................**$    200.00**
Pre-Auction notices and announcements / Inclusion on other brochures

**LABOR** .................................................................................. **$  3,375.00**
02/06    Set-Up ................................................................. 125.00
         Robert Almodovar (Supervisor) – Half Day
02/19    Set-Up ................................................................. 500.00
         Skip Ader (Supervisor)
         Robert Almodovar (Supervisor)
02/21    Set-Up ................................................................. 250.00
         Skip Ader (Supervisor)
02/26    Auction Day ...................................................... 1,000.00
         Harry Stampler* (Auctioneer)
         Mark Goldstein (Auctioneer)
         Carrie Casey (Bookkeeper / Registration)
         Robert Almodovar (Bid Spotter)
         Glen Goldstein (Bid Spotter)
02/27    Check-Out .......................................................... 750.00
         Carrie Casey (Collections)
         Skip Ader (Delivery)
         Robert Almodovar (Delivery)
02/28    Check-Out .......................................................... 500.00
         Skip Ader (Delivery)
         Robert Almodovar (Delivery)
03/06    Settlement ......................................................... 250.00
         Carrie Casey (Bookkeeper)

**TOTAL OUT-OF-POCKET AUCTION EXPENSES** ......................... **$    6,530.41**

*Harry Stampler's services provided at no charge to Estate.





*"You'll Profit From Our Experience"™*

March 6, 2014

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 102
Plantation, FL 33322

Re:    Filigree Wideslab of Florida, Inc.
       Case No. 14-11950-BKC-RBR

INVOICE #140306-3476

# **INVOICE**

Out-of-Pocket Auction Expenses
As per Auction Proposal                    $ 5,950.00

Please remit payment 10 days after final report is submitted to the U.S. Trustee.
Thank you.

**Stampler Auctions**
**1914 Tigertail Boulevard | Dania FL 33004**
**www.stamplerauctions.com | info@stamplerauctions.com**

**954** | **921.8888 TEL**
**342.2080 FAX**
**800.330.BIDS**



*"You'll Profit From Our Experience"™*

March 6, 2014

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 102
Plantation, FL 33322

Re:   Filigree Wideslab of Florida, Inc.
      Case No. 14-11950-BKC-RBR

INVOICE #140306-3476A

# INVOICE

## Additional Out-of-Pocket Auction Expenses           $    580.41
The auction expenses were increased due to the value of the
assets being greater than anticipated. Additional labor was
needed to sort, lot and catalog in order to maximize the return
to the Estate.

Please remit payment 10 days after final report is submitted to the U.S. Trustee.
Thank you.

**Stampler Auctions**
1914 Tigertail Boulevard | Dania FL 33004
www.stamplerauctions.com | info@stamplerauctions.com

**954** | **921.8888 TEL**
**342.2080 FAX**
**800.330.BIDS**

STAMPLER AUCTIONS

005273

| INVOICE NO. | REFERENCE | AMOUNT | DISCOUNT | NET AMT. |
|---|---|---|---|---|
| 14-11950 | 2105 | 0.00 | 0.00 | 160873.00 |

Date
03/06/14

Check Number
00005273

Check Amount
$      160873.00

9430

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

005273



**STAMPLER AUCTIONS**
TRUST ACCOUNT
1914 TIGERTAIL BLVD
DANIA, FL 33004


WELLS FARGO

Wells Fargo Bank, N.A.
Florida

63-751
631

CHECK NO.
00005273

** ONE HUNDRED SIXTY THOUSAND EIGHT HUNDRED SEVENTY THREE DOLLARS AND 00 CENTS **

| | DATE | AMOUNT |
|---|---|---|
| | 03/06/14 | **160,873.00 |

PAY
TO THE
ORDER
OF

Kenneth A. Welt, Trustee
1844 North Nob Hill Road
Suite 615
Plantation FL 33322

AUTHORIZED SIGNATURE

MEMO: Filigree Wideslab - 14-11950-RBR

⑈005273⑈ ⑆063107513⑆ 20000580 10930⑈

STAMPLER AUCTIONS

005273

| INVOICE NO. | REFERENCE | AMOUNT | DISCOUNT | NET AMT. |
|---|---|---|---|---|
| 14-11950 | 2105 | 0.00 | 0.00 | 160873.00 |

Date
03/06/14

Check Number
00005273

Check Amount
$      160873.00

Payee
Kenneth A. Welt, Trustee

STAMPLER AUCTIONS
1914 TIGERTAIL BOULEVARD
DANIA, FL 33004
(954) 921-8888   FAX (954) 342-2080
HTTP://WWW.STAMPLERAUCTIONS.COM

Page 1
Printed:03/06/2014 16:11

## Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| Lot Num. | Description | Buyer | Quantity | Price | Extension | | Grp Invno | Seller |
|---|---|---|---|---|---|---|---|---|
| 1 | REEL OF CABLE WITH CARRIER | NUNEZ | 1 | 400.00 | 400.00 | | 100010 | 1 |
| 2 | REEL OF CABLE WITH CARRIER | NUNEZ | 1 | 400.00 | 400.00 | | 100010 | 1 |
| 3 | REEL OF CABLE WITH CARRIER | NUNEZ | 1 | 400.00 | 400.00 | | 100010 | 1 |
| 3A | LOT REBAR, WIRE, ETC | ROY | 1 | 375.00 | 375.00 | | 100007 | 1 |
| 9 | SMALL SPREADER BARS WITH CABLES - 24" | CAMO | 2 | 25.00 | 50.00 | | 100003 | 1 |
| 10 | LARGE SPREADER BAR WITH 4 24" BARS & CABLES | CAMO | 1 | 100.00 | 100.00 | | 100003 | 1 |
| 11 | LOT 4x4 POSTS | ED | 1 | 10.00 | 10.00 | | 100001 | 1 |
| 12 | 22" 4x4 BOARDS - 1 PALLET | NUNEZ | 176 | 25.00 | 25.00 | + | 100010 | 1 |
| 14 | CONCRETE BLOCKS | DEX | 64 | 45.00 | 45.00 | + | 100023 | 1 |
| 15 | PALLETS LUMBER - 22"x6" (623 PIECES) | NUNEZ | 4 | 125.00 | 125.00 | + | 100010 | 1 |
| 16 | POSTS - 4x6x9 | ROSS | 20 | 8.00 | 160.00 | | 100012 | 1 |
| 17 | POSTS - 4x6x10 | ROSS | 20 | 8.00 | 160.00 | | 100012 | 1 |
| 18 | POSTS - 4x6 (ASSORTED LENGTHS) - 3 BUNDLES | ROSS | 60 | 5.00 | 300.00 | | 100012 | 1 |
| 19 | POSTS - 4x6x9 | ROSS | 20 | 7.00 | 140.00 | | 100012 | 1 |
| 20 | POSTS - 4x6x9 | ROSS | 20 | 7.00 | 140.00 | | 100012 | 1 |
| 21 | POSTS - 4x6x12 | ROSS | 20 | 8.00 | 160.00 | | 100012 | 1 |
| 22 | POSTS - 4x6x12 | ROSS | 20 | 8.00 | 160.00 | | 100012 | 1 |
| 23 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 24 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 25 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 26 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 27 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 28 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 29 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 30 | POSTS - 4x6x10 | NUNEZ | 20 | 5.00 | 100.00 | | 100010 | 1 |
| 31 | POSTS - 4x6x16 | ROSS | 26 | 9.00 | 234.00 | | 100012 | 1 |
| 32 | POSTS - 4x6x16 | ROSS | 25 | 9.00 | 225.00 | | 100012 | 1 |
| 33 | POSTS - 4x6x16 | ROSS | 34 | 9.00 | 306.00 | | 100012 | 1 |
| 34 | PALLET ASSORTED POSTS - 4x6 & 4x4 | DEX | 1 | 50.00 | 50.00 | | 100023 | 1 |
| 35 | LOT WOOD POSTS (3 PILES) & 1 WOOD STRUCTURE | ED | 1 | 35.00 | 35.00 | | 100001 | 1 |
| 36 | PLASTIC TANK WITH CAGE | Z | 1 | 10.00 | 10.00 | | 100014 | 1 |
| 37 | TUCKERBILT HERCULES SAND BLASTER | JAP | 1 | 85.00 | 85.00 | | 100025 | 1 |
| 38 | PALLET SHACKLES | ROY | 1 | 15.00 | 15.00 | | 100007 | 1 |
| 40 | ROLLING "A" CART | Z | 1 | 20.00 | 20.00 | | 100014 | 1 |
| 41 | FORK-TYPE OPEN FRONT LOADER BUCKET | BESU | 1 | 375.00 | 375.00 | | 100022 | 1 |
| 42 | 32' SPREADER BARS WITH 8 48" BARS | BESU | 2 | 175.00 | 350.00 | | 100022 | 1 |
| 43 | LOT CABLES | BESU | 1 | 10.00 | 10.00 | | 100022 | 1 |
| 44 | 16.5' SPREADER BARS WITH 6 SMALL BARS | ARC | 3 | 150.00 | 450.00 | | 100011 | 1 |
| 45 | LOT CRANE SUPER STRUCTURE PARTS | AL1 | 1 | 650.00 | 650.00 | | 100029 | 1 |
| 46 | LOT SCAFFOLDING | BESU | 1 | 65.00 | 65.00 | | 100022 | 1 |
| 47 | GREEN LEE WORK BOX | BESU | 1 | 10.00 | 10.00 | | 100022 | 1 |
| 48 | ASSORTED RACKS | JAP | 3 | 15.00 | 45.00 | | 100025 | 1 |
| 49 | ASSORTED RACKS | JAP | 17 | 20.00 | 340.00 | | 100025 | 1 |
| 50 | LOT SCRAP METAL - 3 55 GALLON DRUMS & TRUCK BOX | ROY | 1 | 5.00 | 5.00 | | 100007 | 1 |
| 51 | LOT SHACKLES - PALLET | ARC | 1 | 175.00 | 175.00 | | 100011 | 1 |
| 52 | LOT WEIGHTED BALL & CABLES | AL1 | 1 | 225.00 | 225.00 | | 100029 | 1 |
| 53 | 30" SPREADER BARS | ROY | 4 | 0.00 | 0.00 | | 100007 | 1 |
| 54 | LOT ACCESSORIES FOR CRANE | ROY | 1 | 50.00 | 50.00 | | 100007 | 1 |
| 55 | SAND BLASTER | ROY | 1 | 10.00 | 10.00 | | 100007 | 1 |
| 56 | BLACK TARPS | BESU | 8 | 150.00 | 150.00 | + | 100022 | 1 |

Page 2
STAMPLER AUCTIONS
1914 TIGERTAIL BOULEVARD
DANIA, FL 33004
(954) 921-8888  FAX (954) 342-2080
HTTP://WWW.STAMPLERAUCTIONS.COM
Printed:03/06/2014 16:11

### Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| .ot Num. | Description | Buyer | Quantity | Price | Extension | Grp | Invno | Seller |
|---|---|---|---|---|---|---|---|---|
| 57 | 25' SPREADER BAR WITH 8 18" BARS | ROY | 1 | 125.00 | 125.00 | | 100007 | 1 |
| 58 | SCOOP FOR LARGE FORKLIFT | BESU | 1 | 10.00 | 10.00 | | 100022 | 1 |
| 59 | SMALL ROLLS OF CABLE | BESU | 2 | 15.00 | 15.00 | + | 100022 | 1 |
| 61 | WOOD BEAMS - 2x12x16 | ROSS | 40 | 12.00 | 480.00 | | 100012 | 1 |
| 62 | WOOD BEAMS - 2x12x16 | ROSS | 40 | 12.00 | 480.00 | | 100012 | 1 |
| 63 | WOOD BEAMS - 2x12x16 | ROSS | 40 | 12.00 | 480.00 | | 100012 | 1 |
| 64 | WOOD BEAMS - 2x12x16 | ROSS | 40 | 12.00 | 480.00 | | 100012 | 1 |
| 65 | WOOD BEAMS - 2x12x16 | ROSS | 39 | 12.00 | 468.00 | | 100012 | 1 |
| 66 | WOOD BEAMS - 2x12x16 | ROSS | 40 | 12.00 | 480.00 | | 100012 | 1 |
| 67 | 17' SPACER BAR WITH 4 18" BARS & CABLES | BESU | 1 | 50.00 | 50.00 | | 100022 | 1 |
| 68 | LOT WOOD - 2x3x8 & 2x4x8 | DEX | 1 | 20.00 | 20.00 | | 100023 | 1 |
| 69 | STEEL MOLD | ROY | 1 | 20.00 | 20.00 | | 100007 | 1 |
| 70 | STEEL DUMP CART | ROY | 1 | 10.00 | 10.00 | | 100007 | 1 |
| 71 | 520' SELF STRESSING CONCRETE CASTING BED | PEDRO | 1 | 5,250.00 | 5,250.00 | | 100017 | 1 |
| 72 | 470' CONCRETE CASTING BED | PEDRO | 1 | 5,000.00 | 5,000.00 | | 100017 | 1 |
| 73 | REBAR BENDER | JAP | 1 | 1,500.00 | 1,500.00 | | 100025 | 1 |
| 74 | REBAR CUTTER WITH 2 TABLES | JAP | 1 | 500.00 | 500.00 | | 100025 | 1 |
| 75 | LOT REBAR | JAP | 1 | 100.00 | 100.00 | | 100025 | 1 |
| 76 | 200' CONCRETE STRESS WITH HEADS | PEDRO | 1 | 2,000.00 | 2,000.00 | | 100017 | 1 |
| 77 | DIESEL TANK - HORIZONTAL | ARC | 1 | 100.00 | 100.00 | | 100011 | 1 |
| 78 | DIESEL TANK - LATERAL | ARC | 1 | 100.00 | 100.00 | | 100011 | 1 |
| 79 | PALLET JACK | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 80 | TABLES | BLUE | 3 | 0.00 | 0.00 | * | 100013 | 1 |
| 81 | WORK TABLE WITH DRAWERS | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 82 | BANDING TOOL WITH SUPPLIES | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 83 | ASSORTED DOLLIES | BLUE | 4 | 0.00 | 0.00 | * | 100013 | 1 |
| 84 | WHEELBARROW | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 85 | WATER COOLER WITH 4 EMPTY BOTTLES | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 86 | CABINET WITH CONTENTS | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 87 | APPLIANCES - REFRIGERATOR / MICROWAVE | BLUE | 2 | 0.00 | 0.00 | * | 100013 | 1 |
| 88 | CAR RAMPS | BLUE | 2 | 0.00 | 0.00 | * | 100013 | 1 |
| 89 | FAN | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 90 | 5 GALLON COOLER | BLUE | 1 | 0.00 | 0.00 | * | 100013 | 1 |
| 91 | ASSORTED CHAINS | BLUE | 5 | 100.00 | 100.00 | * | 100013 | 1 |
| 92 | LARGE LOT CONCRETE & GARDEN TOOLS | MAN | 1 | 125.00 | 125.00 | | 100002 | 1 |
| 93A | GENERATOR | CAMO | 1 | 160.00 | 160.00 | | 100003 | 1 |
| 94 | TORCH SET WITH CART, TANKS & HOSE | NUNEZ | 1 | 500.00 | 500.00 | | 100010 | 1 |
| 95 | MOP BUCKETS WITH RINGERS | Z | 3 | 0.00 | 0.00 | * | 100014 | 1 |
| 96 | SPRAY TANKS | Z | 2 | 0.00 | 0.00 | * | 100014 | 1 |
| 97 | RIGID SHOP VAC | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 98 | STIHL ELECTRIC 14" CHAIN SAW | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 99 | DEWALT 4.5" ANGLE GRINDER | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 100 | MILWAUKEE MAGNUM DRILL | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 101 | DEWALT 3/8" DRILL | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 102 | TOOLS - MAKITA SANDER / RIGID ROUTER | Z | 2 | 0.00 | 0.00 | * | 100014 | 1 |
| 103 | BIN WITH ADJUSTABLE CLAMPS | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 104 | BOSCH BULLDOG DRILL WITH CASE | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 105 | FLEX BORING TOOL | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 106 | FLEX BORING TOOL | Z | 1 | 0.00 | 0.00 | * | 100014 | 1 |
| 107 | BOXES WITH EMERGENCY TRIANGLES | Z | 4 | 0.00 | 0.00 | * | 100014 | 1 |

**STAMPLER AUCTIONS**
**1914 TIGERTAIL BOULEVARD**
**DANIA, FL 33004**
**(954) 921-8888  FAX (954) 342-2080**
**HTTP://WWW.STAMPLERAUCTIONS.COM**

### Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| Lot Num. | Description | Buyer | Quantity | Price | Extension | Grp Invno Seller |
|---|---|---|---|---|---|---|
| 108 | 2-LIGHT POST WITH STAND | Z | 1 | 0.00 | 0.00 | * 100014 1 |
| 109 | BALANCE OF ROOM - ITEMS NOT TAGGED | Z | 1 | 150.00 | 150.00 | * 100014 1 |
| 111 | BLUE DUMP CART | ARC | 1 | 350.00 | 350.00 | 100011 1 |
| 112 | SPACER BAR | ROY | 1 | 10.00 | 10.00 | 100007 1 |
| 113 | 5TH WHEEL COUPLER | Z | 1 | 60.00 | 60.00 | 100014 1 |
| 114 | BELAIRE UPRIGHT 5HP 80 GALLON AIR COMPRESSOR | ARC | 1 | 400.00 | 400.00 | 100011 1 |
| 115 | 80 GALLON AIR TANK | ARC | 1 | 50.00 | 50.00 | 100011 1 |
| 116 | ELECTRONIC PUSH BUTTON DOOR LOCK | WEST | 1 | 1.00 | 1.00 | 100028 1 |
| 117 | LOT WIRE & COMPUTER ELECTRONICS | ROY | 1 | 5.00 | 5.00 | 100007 1 |
| 118 | 4 DRAWER FILE CABINETS | ROY | 4 | 5.00 | 20.00 | 100007 1 |
| 119 | LOT CONTENTS OF SHELVING UNIT | ROY | 1 | 5.00 | 5.00 | 100007 1 |
| 120 | LOT CONTENTS OF ROOM | ROY | 1 | 50.00 | 50.00 | 100007 1 |
| 121 | PALLET JACK | JAP | 1 | 50.00 | 50.00 | 100025 1 |
| 122 | LOT OF STRAPS | Z | 1 | 150.00 | 150.00 | 100014 1 |
| 123 | PLASTIC RACK WITH CONTENTS | Z | 1 | 10.00 | 10.00 | 100014 1 |
| 124 | BLUE JOB BOX | WILL | 1 | 30.00 | 30.00 | 100018 1 |
| 125 | STIHL GAS CONCRETE SAW | AL | 1 | 150.00 | 150.00 | 100030 1 |
| 126 | STIHL GAS CONCRETE SAW | AL | 1 | 150.00 | 150.00 | 100030 1 |
| 127 | STIHL GAS CONCRETE SAW | AL | 1 | 150.00 | 150.00 | 100030 1 |
| 128 | BOX OF ASSORTED CLAMPS | JAP | 1 | 50.00 | 50.00 | 100025 1 |
| 129 | ROL-AIR AIR COMPRESSOR WITH HONDA ENGINE | Z | 1 | 90.00 | 90.00 | 100014 1 |
| 130 | 2500W HONDA GENERATOR | MAX | 1 | 40.00 | 40.00 | 100027 1 |
| 131 | LOT OF OFFICE FURNITURE | ROY | 1 | 0.00 | 0.00 | * 100007 1 |
| 131A | LOT ELECTRONICS | ROY | 1 | 10.00 | 10.00 | * 100007 1 |
| 132 | ASSORTED GAS CANS | AL | 9 | 1.00 | 9.00 | 100030 1 |
| 133 | AIR CHISLES WITH BOX | ROSS | 3 | 10.00 | 30.00 | 100012 1 |
| 134A | WEED WHIPPERS | Z | 3 | 25.00 | 75.00 | 100014 1 |
| 135 | LOT PULLES & CHAINS - ON WALL | ARC | 1 | 400.00 | 400.00 | 100011 1 |
| 136 | GREEN DIESEL FUEL HOSE WITH NOZZLE | SERG | 1 | 5.00 | 5.00 | 100015 1 |
| 136A | CHAINS | JAP | 2 | 9.00 | 18.00 | 100025 1 |
| 137 | YELLOW DOUBLE LIGHT WORK LIGHT | MAX | 1 | 25.00 | 25.00 | 100027 1 |
| 138 | LOT AIR HOSES | MAX | 1 | 15.00 | 15.00 | 100027 1 |
| 139 | HONDA GASOLINE ENGINE | WILL | 1 | 12.50 | 12.50 | 100018 1 |
| 140 | BUCKETS OF ADHESIVE | FRANK | 3 | 2.00 | 6.00 | 100009 1 |
| 140A | LADDER | FRANK | 1 | 70.00 | 70.00 | 100009 1 |
| 141 | COME-A-LONGS | PEDRO | 2 | 10.00 | 20.00 | 100017 1 |
| 142 | TORO LAWN MOWER | FRANK | 1 | 20.00 | 20.00 | 100009 1 |
| 143 | CONTENTS OF SHELF | Z | 1 | 5.00 | 5.00 | 100014 1 |
| 144 | CONTENTS OF 3 SHELVES | Z | 1 | 20.00 | 20.00 | 100014 1 |
| 145 | DEWALT 4200PSI PRESSURE CLEANER | MAX | 1 | 400.00 | 400.00 | 100027 1 |
| 146 | HONDA GCV160 WEED TRIMMER | Z | 1 | 0.00 | 0.00 | * 100014 1 |
| 147 | JUGS OF LUCAS PRODUCT | Z | 5 | 35.00 | 35.00 | * 100014 1 |
| 148 | LARGE LOT OF BOSCH 14" CARBIDE BLADES (APPROXIMATELY 20) | ST | 1 | 20.00 | 20.00 | 100006 1 |
| 149 | STIHL MS290 CHAIN SAW | AL | 1 | 70.00 | 70.00 | 100030 1 |
| 149A | LOT AIR HOSES | GOLD | 1 | 10.00 | 10.00 | 100008 1 |
| 150 | LOT BULL DOG TRANSMISSION LUBE | Z | 1 | 0.00 | 0.00 | 100014 1 |
| 150A | ROOM WITH CONTENTS | FRANK | 1 | 35.00 | 35.00 | 100009 1 |
| 150B | PIPE | DEX | 1 | 5.00 | 5.00 | 100023 1 |
| 151 | CONTENTS OF 2 SHELVES & TOP OF CART | SERG | 1 | 0.00 | 0.00 | * 100015 1 |

**3501 BURRIS ROAD - DAVIE FL 33314**

1914 TIGERTAIL BOULEVARD
DANIA, FL 33004
(954) 921-8888  FAX (954) 342-2080
HTTP://WWW.STAMPLERAUCTIONS.COM

## Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| Lot Num. | Description | Buyer | Quantity | Price | Extension | Grp Invno Seller |
|---|---|---|---|---|---|---|
| 152 | CART | SERG | 1 | 175.00 | 175.00 | * 100015 1 |
| 153 | THERMAL-DYNAMICS PROFESSIONAL PLASMA CUTTER WITH HOSE | MAN | 1 | 550.00 | 550.00 | 100002 1 |
| 154 | NAPA BATTERY CHARGER | ARC | 1 | 30.00 | 30.00 | 100011 1 |
| 155 | TRANSIT STANDS | AL | 2 | 15.00 | 30.00 | 100030 1 |
| 156 | FLT LEVEL HEAD | AL | 3 | 30.00 | 90.00 | 100030 1 |
| 156A | LEVER HEAD | WILL | 1 | 20.00 | 20.00 | 100018 1 |
| 157 | BERGER LEVEL | AL | 1 | 30.00 | 30.00 | 100030 1 |
| 158 | FLT LEVEL | AL | 1 | 30.00 | 30.00 | 100030 1 |
| 159 | FLT LEVEL | AL | 1 | 30.00 | 30.00 | 100030 1 |
| 160 | STIHL TS700 CONCRETE SAW | ST | 1 | 425.00 | 425.00 | 100006 1 |
| 161 | STIHL TS700 CONCRETE SAW | ST | 1 | 425.00 | 425.00 | 100006 1 |
| 162 | STIHL TS700 CONCRETE SAW | ST | 1 | 425.00 | 425.00 | 100006 1 |
| 163 | STIHL TS700 CONCRETE SAW | ST | 1 | 425.00 | 425.00 | 100006 1 |
| 164 | PORTER CABLE SANDER | FRANK | 1 | 4.00 | 4.00 | 100009 1 |
| 165 | KNACK JOB BOX | SERG | 1 | 100.00 | 100.00 | 100015 1 |
| 166 | 5 GALLON CONTAINERS WITH CONTENTS - BOLT / SLEDGE / EXTENSION CORD | JAP | 5 | 40.00 | 40.00 | + 100025 1 |
| 167 | HEAVY DUTY 220V EXTENSION CORD | SERG | 1 | 40.00 | 40.00 | 100015 1 |
| 168 | DEWALT CIRCULAR SAWS | FRANK | 2 | 15.00 | 30.00 | 100009 1 |
| 169 | BLACK & DECKER INDUSTRIAL RECIPROCATING SAW | ARC | 1 | 15.00 | 15.00 | 100011 1 |
| 170A | POLISHER | FRANK | 1 | 1.00 | 1.00 | 100009 1 |
| 171 | HEAVY DUTY MILWAUKEE CHOP SAW | NUNEZ | 1 | 87.50 | 87.50 | 100010 1 |
| 172 | STORAGE CABINET | ST | 1 | 30.00 | 30.00 | 100006 1 |
| 172A | SANDER | AL | 1 | 32.50 | 32.50 | 100030 1 |
| 173 | CONTENTS OF CABINET | ST | 1 | 30.00 | 30.00 | 100006 1 |
| 174 | ASSORTED BOTTLE JACKS | FRANK | 2 | 3.00 | 6.00 | 100009 1 |
| 175 | FLEX TOOL | NUNEZ | 1 | 62.50 | 62.50 | 100010 1 |
| 176 | CRAFTSMAN TOOL BOX & STROLLER WITH CONTENTS | JO | 1 | 50.00 | 50.00 | 100026 1 |
| 177 | CRAFTSMAN TOOL BOX & STROLLER WITH CONTENTS | ARC | 1 | 175.00 | 175.00 | 100011 1 |
| 178 | LOT TOOLS | ARC | 1 | 50.00 | 50.00 | 100011 1 |
| 179 | PIECES - DOUBLE GRINDER / VISE | CAMO | 2 | 0.00 | 0.00 | * 100003 1 |
| 180 | WOOD TABLE WITH BALANCE OF UNTAGGED ITEMS ON TOP | CAMO | 1 | 25.00 | 25.00 | * 100003 1 |
| 180A | HOISTS | MAN | 3 | 62.50 | 187.50 | 100002 1 |
| 181 | CRAFTSMAN LASER TRAC 1HP DRILL PRESS | CAMO | 1 | 225.00 | 225.00 | 100003 1 |
| 182 | PIECES - METAL 72 HOLE CABINET WITH CONTENTS / PLASTIC 25 HOLE CABINET WITH CONTENTS | Q | 2 | 25.00 | 25.00 | + 100004 1 |
| 183 | GASOLINE EVAC UNIT | AL | 1 | 1.00 | 1.00 | 100030 1 |
| 184 | 14' ALUMINUM EXTENSION LADDERS | JAP | 3 | 15.00 | 45.00 | 100025 1 |
| 185 | HAND TRUCK | FRANK | 1 | 5.00 | 5.00 | 100009 1 |
| 186 | BALANCE OF UNTAGGED ITEMS ON WALL | ROY | 1 | 10.00 | 10.00 | 100007 1 |
| 187 | CHICAGO 10" ELECTRIC TABLE SAW WITH STAND | SERG | 1 | 15.00 | 15.00 | 100015 1 |
| 188 | 10" TABLE SAW | SERG | 1 | 5.00 | 5.00 | 100015 1 |
| 189 | ROLLER STANDS | JO | 3 | 5.00 | 15.00 | 100026 1 |
| 190 | DRUMS WITH PUMP | Z | 2 | 15.00 | 30.00 | 100014 1 |
| 191 | SECTION PALLET RACKING | CAMO | 1 | 20.00 | 20.00 | 100003 1 |
| 192 | SAND BLAST PUMP | Z | 1 | 100.00 | 100.00 | 100014 1 |
| 193 | SAND BLAST PUMP | Z | 1 | 100.00 | 100.00 | 100014 1 |
| 195 | USED OIL VAT | ARC | 1 | 10.00 | 10.00 | 100011 1 |

**STAMPLER AUCTIONS**
**1914 TIGERTAIL BOULEVARD**
**DANIA, FL 33004**
**(954) 921-8888   FAX (954) 342-2080**
**HTTP://WWW.STAMPLERAUCTIONS.COM**

### Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| Lot Num. | Description | Buyer | Quantity | Price | Extension | Grp Invno Seller |
|---|---|---|---|---|---|---|
| 196 | LOT TOOLS | ARC | 1 | 25.00 | 25.00 | 100011 1 |
| 197 | GREENLEE WORK BOX WITH CONTENTS | ARC | 1 | 100.00 | 100.00 | 100011 1 |
| 198 | SPACER BAR WITH 24 BAR & CABLE | ARC | 1 | 25.00 | 25.00 | 100011 1 |
| 201 | METAL 2 DOOR STORAGE CABINET | ROY | 1 | 5.00 | 5.00 | 100007 1 |
| 202 | 6' WOOD CONFERENCE TABLE | ARC | 1 | 100.00 | 100.00 | 100011 1 |
| 203 | LEATHER DESK CHAIRS | ARC | 6 | 50.00 | 50.00 | + 100011 1 |
| 204 | QUARTET DRY ERASE BOARD | ARC | 1 | 40.00 | 40.00 | 100011 1 |
| 204A | PIECES - CALCULATORS, SPEAKERS, BATTERY BACKUPS, ETC | CAMO | 5 | 5.00 | 25.00 | 100003 1 |
| 205 | HP 1200 LASERJET PRINTER | WEST | 1 | 1.00 | 1.00 | 100028 1 |
| 206 | HP 4100TN LASERJET PRINTER | WEST | 1 | 1.00 | 1.00 | 100028 1 |
| 207 | HP DESKJET 6988 PRINTER | WEST | 1 | 1.00 | 1.00 | 100028 1 |
| 208 | PIECES - 4 DESKS / 1 MATCHING FILE CABINET | NUNEZ | 5 | 25.00 | 25.00 | + 100010 1 |
| 209 | BROWN LEATHER DESK CHAIR | CAMO | 1 | 35.00 | 35.00 | 100003 1 |
| 210 | METAL 4 DRAWER FILE CABINET | ROY | 1 | 5.00 | 5.00 | 100007 1 |
| 210A | CLOCK | CAMO | 1 | 7.50 | 7.50 | 100003 1 |
| 211 | WOOD ELECTRIC FIREPLACE | CAMO | 1 | 15.00 | 15.00 | 100003 1 |
| 211A | RADIO | ROY | 1 | 5.00 | 5.00 | 100007 1 |
| 212 | DRAFTING TABLE | NUNEZ | 1 | 15.00 | 15.00 | 100010 1 |
| 213 | ROLLING CHAIR | NUNEZ | 1 | 0.00 | 0.00 | * 100010 1 |
| 214 | WIRE RACKS | NUNEZ | 2 | 5.00 | 5.00 | * 100010 1 |
| 215 | DRAFTING TABLE | NUNEZ | 1 | 10.00 | 10.00 | 100010 1 |
| 219 | BLACK METRO RACK | WEST | 1 | 1.00 | 1.00 | 100028 1 |
| 220 | FAX MACHINES - RICOH / CANON | ROSS | 2 | 10.00 | 20.00 | 100012 1 |
| 221 | DIALTA-MINOLTA SUPER G3 PRINTER | ARC | 1 | 0.00 | 0.00 | * 100031 1 |
| 222 | DIALTA-MINOLTA SUPER G3 PRINTER WITH COLLATOR | ARC | 1 | 0.00 | 0.00 | * 100031 1 |
| 223 | HP HEAVY DUTY DESIGNJET 430 PLOTTER | ARC | 1 | 0.00 | 0.00 | * 100031 1 |
| 224 | XEROX DDS 7356 PLOTTER | ARC | 1 | 0.00 | 0.00 | * 100031 1 |
| 225 | XEROX HEAVY DUTY 8830 PRINTER | ARC | 1 | 200.00 | 200.00 | * 100031 1 |
| 226 | DRAFTING TABLE | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 227 | METAL 4 DRAWER FILE CABINET | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 228 | DRY ERASE BOARD | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 229 | HON 2 DRAWER FILE CABINET | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 230 | WOOD L-SHAPE DESKS | ARC | 2 | 0.00 | 0.00 | * 100011 1 |
| 231 | BLACK LEATHER DESK CHAIR | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 232 | WOOD L-SHAPE DESKS | ARC | 2 | 0.00 | 0.00 | * 100011 1 |
| 233 | BOOKCASE WITH CONTENTS | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 234 | ROLLING CHAIRS | ARC | 2 | 50.00 | 50.00 | * 100011 1 |
| 235 | 20" CHROME RIM | ROY | 1 | 10.00 | 10.00 | 100007 1 |
| 236 | LG FLOOR FANS / PURIFIERS | ARC | 2 | 0.00 | 0.00 | * 100011 1 |
| 237 | SAMSUNG TELEVISION | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 238 | BLACK TRASH BINS | ARC | 6 | 0.00 | 0.00 | * 100011 1 |
| 239 | VACUUM CLEANERS - DIRT DEVIL / BISSELL | ARC | 2 | 0.00 | 0.00 | * 100011 1 |
| 240 | PIECES - WOOD SHELF & PLASTIC RACK - WITH CONTENTS | ARC | 2 | 0.00 | 0.00 | * 100011 1 |
| 241 | GE MICROWAVE | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 242 | SONY STEREO SYSTEM | ARC | 1 | 50.00 | 50.00 | * 100011 1 |
| 243 | REFRIGERATOR | CAMO | 1 | 50.00 | 50.00 | 100003 1 |
| 244 | WATER COOLER WITH 8 JUGS | ARC | 1 | 0.00 | 0.00 | * 100011 1 |
| 245 | AT&T TELEPHONE SYSTEM WITH PHONES | ARC | 1 | 0.00 | 0.00 | * 100011 1 |

**1914 TIGERTAIL BOULEVARD**
**DANIA, FL 33004**
**(954) 921-8888  FAX (954) 342-2080**
**HTTP://WWW.STAMPLERAUCTIONS.COM**

### Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| .ot Num. | Description | Buyer | Quantity | Price | Extension | Grp Invno | Seller |
|---|---|---|---|---|---|---|---|
| 246 | FIRE KING 4 DRAWER FILE CABINET | JAP | 1 | 75.00 | 75.00 | | 100025 1 |
| 247 | FIRE KING LATERAL 4 DRAWER FILE CABINET | JAP | 1 | 75.00 | 75.00 | | 100025 1 |
| 248 | FIRE KING LATERAL 4 DRAWER FILE CABINET | JAP | 1 | 75.00 | 75.00 | | 100025 1 |
| 249 | BLACK FIRE KING LATERAL 4 DRAWER FILE CABINET | JAP | 1 | 75.00 | 75.00 | | 100025 1 |
| 250 | DRY ERASE BOARD | Q | 1 | 0.00 | 0.00 | * | 100004 1 |
| 251 | WRAP-AROUND DESK WITH HUTCH | Q | 1 | 0.00 | 0.00 | * | 100004 1 |
| 252 | BLACK LEATHER CHAIRS | Q | 2 | 0.00 | 0.00 | * | 100004 1 |
| 253 | ROLLING CART | Q | 1 | 0.00 | 0.00 | * | 100004 1 |
| 254 | METAL 4 DRAWER FILE CABINET | Q | 1 | 0.00 | 0.00 | * | 100004 1 |
| 255 | ORANGE INTERSIG RACK | Q | 1 | 60.00 | 60.00 | * | 100004 1 |
| 301 | 2008 FORD F350 SUPER DUTY PICKUP TRUCK - 1FTWW30R08EA78821 - WHITE - DIESEL | RON | 1 | 10,000.00 | 10,000.00 | | 100024 1 |
| 302 | 1969 LINK 65T CRANE - 65T107 | AL1 | 1 | 6,250.00 | 6,250.00 | | 100029 1 |
| 303 | SKYTRACK (SERIAL No 2118) | AL | 1 | 6,500.00 | 6,500.00 | | 100030 1 |
| 304 | 1990 CAT R60 FORKLIFT | BLUE | 1 | 6,500.00 | 6,500.00 | | 100013 1 |
| 305 | 1988 OTTAWA C30 YARD SPOTTER - SERIAL No. 63209 - GASOLINE - NOT RUNNING | CAMO | 1 | 700.00 | 700.00 | | 100003 1 |
| 306 | 2005 FORD F350 PICKUP TRUCK - 1FTWW30P75EB03319 - WHITE | PEDRO1 | 1 | 7,500.00 | 7,500.00 | | 100021 1 |
| 307 | 2001 KAWASAKI MULE - JK1AFCF151B500059 - GREEN - GASOLINE | CAMO1 | 1 | 2,500.00 | 2,500.00 | | 100020 1 |
| 308 | 1996 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS2454TA629508 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 309 | 1996 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS2457TA629518 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 310 | 1996 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS2458TA629513 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 311 | 1995 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS2454SA412006 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 312 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24521A381434 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 313 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24581A381437 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 314 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24541A381421 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 315 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24511A381425 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 316 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS245X1A381410 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 317 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24531A381412 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 318 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24511A381411 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 319 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24521A381420 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 320 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS245X1A381424 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |
| 321 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24501A381402 | USA | 1 | 5,000.00 | 5,000.00 | | 100016 1 |

### Lot Sales Report for Auction:3476 - FILIGREE WIDESLAB OF FLORIDA

| Lot Num. | Description | Buyer | Quantity | Price | Extension | Grp Invno | Seller |
|---|---|---|---|---|---|---|---|
| 322 | 2001 UTILITY TRAILER 45' FLATBED TRAILER - 1UYFS24501A381433 | USA | 1 | 5,000.00 | 5,000.00 | 100016 | 1 |
| 323 | CASE W24C FRONT END LOADER WITH BUCKET - SERIAL ARC No. 9149025 | | 1 | 5,000.00 | 5,000.00 | 100011 | 1 |
| 324 | 1990 CAT R60 FORKLIFT | ARC | 1 | 5,750.00 | 5,750.00 | 100011 | 1 |
| | | | | | 160,873.00 | | |

Number of Lots   277

STAMPLER AUCTIONS
1914 TIGERTAIL BOULEVARD
DANIA, FL 33004
(954) 921-8888 FAX (954) 342-2080
HTTP://WWW.STAMPLERAUCTIONS.COM

Registered Buyer Report for Purchasers ONLY 3476 - FILIGREE WIDESLAB OF FLORIDA

| Number | Name<br>Company | Address Line 1<br>Address Line 2 | City,State,Zip<br>Email Address | Phone<br>Phone 2 | Fax Phone<br>Mail Codes | Txbl123Note |
|---|---|---|---|---|---|---|
| AL | Albert Moreno<br>Al's Farming Equipment | 24201 SW 182 Ave | Miami, FL 33031<br>alsfarming@gmail.com | (305) 248-4850<br>(305) 367-3120 | ( ) -<br>E1 A3 ME V1 C2 | E |
| AL1 | | 6100 NW 97 Ave | Doral, FL 33178 | ( ) -<br>( ) - | ( ) -<br>ME V1 | E |
| ARC | Maintenance Heavy Eq/J&D Equipment Corp<br>Omar McFarlane<br>ARC Electric | 4153 SW 47 Ave | Davie, FL 33314 | ( ) -<br>(954) 675-4233<br>( ) - | ( ) -<br>ME V1 | T |
| BESU | Humberto Besu<br>Besu Services | 14141 Leaning Pine Dr | Miami Lakes, FL 33014<br>hbesu@yahoo.com | (786) 218-3333<br>( ) - | ( ) -<br>V1 W2 C2 ME C4 T2 RE W1 H1 O1 E3 J1 | E |
| BLUE | Jorge Valle | 15321 NW 29 Ave | Opa Locka, FL 33054 | (786) 251-2097<br>( ) - | ( ) -<br>ME V1 T2 R1 W2 | T |
| CAMO | Esau Ruane<br>EG Used Truck Parts | 12871 Alexandra Dr | Opa Locka, FL 33054 | (305) 305-0704<br>( ) - | ( ) -<br>ME V1 | E |
| CAMO1 | | | . | | | E |
| DEX | Buyer Number CAMO1<br>Dexter Ali | 620 NW 68 Ave | Plantation, FL 33317<br>mirandex@bellsouth.net | (754) 779-1661<br>( ) - | ME V1<br>( ) -<br>GM F3 ME V1 | T |
| ED | Edward Roberts | 2222 Ranch Rd | Lakeland, FL 33809 | (863) 698-3570<br>( ) - | ( ) -<br>ME V1 | T |
| FRANK | Frank Orphe<br>All People Plumbing | 4952 NW 7 Ave | Miami, FL 33127 | (305) 757-3335<br>(954) 394-8635 | ( ) -<br>T2 O1 C1 RE W1 I1 ME A1 E3 V1 | E |
| GOLD | Randy Seay<br>Gold Coast Heavy Hauling | 1125 W Burlington St | Opa Locka, FL 33054<br>randy@goldcoastheavyhauling.com | (305) 793-8116<br>(754) 200-5865 | (305) 681-2722<br>ME V1 | T |
| JAP | Victor Dessberg<br>Japanese Engine Depot | 2370 NW 149 St | Opa Locka, FL 33054<br>victormiami@msn.com | (305) 389-1286<br>(954) 609-7055 | (305) 963-9700<br>W2 ME V1 | T |
| JO | Jose Vallejo<br>Lejeune Commercial Holding | 13350 NW 42 Ave<br>#16 | Opa Locka, FL 33054<br>josevallejo@gmail.com | (305) 681-1234<br>(786) 344-5700 | (305) 681-9578<br>A5 W1 R1 C4 A2 W2 ME V1 | T |
| MAN | Clement Proulx<br>Aerial Precast Concrete | 3100 Burris Rd | Davie, FL 33314<br>clement@aprecast.com | (954) 275-5419<br>(954) 321-0200 | (954) 321-0093<br>ME V1 | T |
| MAX | Max Rodriguez<br>South Florida Truck | 8975 NW 27 Ave | Miami, FL 33147 | (305) 898-2861<br>( ) - | ( ) -<br>ME V1 | T |
| NUNEZ | Edward Nunez<br>Hystrength Construction | 1040 Biscayne Blvd<br>#200 | Miami, FL 33132<br>enunez@hystrength.com | (305) 408-6607<br>(786) 299-0275 | (305) 408-1573<br>ME V1 | T |
| PEDRO | Pedro Garcia<br>AFLC | 2707 W 71 Pl | Hialeah, FL 33016 | (305) 323-1999<br>( ) - | ( ) -<br>ME A2 A5 W2 V1 | T |
| PEDRO1 | Buyer Number PEDRO1 | | . | | ME V1 | E |

**STAMPLER AUCTIONS**
**1914 TIGERTAIL BOULEVARD**
**DANIA, FL 33004**
**(954) 921-8888   FAX (954) 342-2080**
**HTTP://WWW.STAMPLERAUCTIONS.COM**

Page 2
Printed:03/06/2014 16:12

## Registered Buyer Report for Purchasers ONLY 3476 - FILIGREE WIDESLAB OF FLORIDA

| Number | Name Company | Address Line 1 Address Line 2 | City,State,Zip Email Address | Phone Phone 2 | Fax Phone Mail Codes | Txbl123 Note |
|---|---|---|---|---|---|---|
| Q | Ruben Quintero Cali Body Shop | 7841 Nalcue St | Hollywood, FL 33024 rubenquintero1027@gmail.com | (954) 534-0849 ( ) - | ( ) - ME V1 | T |
| RON | Ronald Drost J P & Son Sales & Storage | 2201 SW 58 Terr | West Park, FL 33023 | (954) 829-2322 ( ) - | (954) 983-7191 A5 C2 RE V1 ME | E |
| ROSS | Robert Ross | 1009 Grove Park Cir | Boynton Beach, FL 33436 robert.ross@palmbeachschools.org | (561) 304-3233 (561) 523-1498 | ( ) - ME V1 | T |
| ROY | Roy Dupree | 5606 SW 27 St | West Park, FL 33023 | (954) 816-0245 ( ) - | ( ) - I1 W2 ME V1 | T |
| SERG | Sergio Martinez Sermar Enterprises, Inc. | PO Box 650489 | Miami, FL 33265 smartinez@sermarenterprises.com | (305) 592-0734 (305) 205-1890 | (305) 592-0736 ME GM C4 T2 V1 RE W1 C2 A1 E3 | E |
| ST | Sergio Torres ST Equipment | 3028 Quayside Ln | Miami, FL 33138 | (305) 890-7731 ( ) - | ( ) - ME V1 | T |
| USA | Luis Garcia USA Transequipment | 2121 NW 139 St #24 | Opa Locka, FL 33054 luisusa@bellsouth.net | (305) 681-1899 (305) 219-8115 | (305) 681-2606 ME V1 | E |
| WEST | Michelle Lyons Dixie Towing | 6550 SW 56 St | Davie, FL 33314 | (954) 583-6811 ( ) - | ( ) - E3 O1 V1 W2 F3 C2 ME | T |
| WILL | Joe Williams Allegiance Crane | 1215 NE 5 Ave | Deerfield Beach, FL 33441 heavypickjoe@aol.com | (954) 973-3030 (954) 410-3442 | (954) 973-3010 ME V1 | T |
| Z | Frank Zambrano Easy Auto | 9621 NW 27 Ave | Miami, FL 33147 | (786) 372-1441 ( ) - | ( ) - W2 V1 ME | T |

Number of Purchasers on Report 28

# ADVERTISING TEAR SHEET

Prepared For 3476

PUBLICATION Miami Herald _____ INSERTION DATE Feb. 16, 2014, Sunday

SECTION _____ Auctions _____ PAGE 5E

TOTAL AD COST 441 58 YOUR PERCENTAGE 22% YOUR COST 97 15

**MIAMI HERALD** | MiamiHerald.com          SUNDAY, FEBRUARY 16, 2014 | 5E







**MIAMI HERALD**
**CLASSIFIED DISPLAY**
**AUCTION SECTION**
**SATURDAY - FEBRUARY 15, 2014**
**SUNDAY - FEBRUARY 16, 2014**
**1 COL x 5.25" - $883.16**
**ORDER # 0000906563-01**
**CONFIRM #**

# Miami Herald    el Nuevo Herald    The Reporter

**Customer**
STAMPLER AUCTIONS

**Payor Customer**
STAMPLER AUCTIONS

**Customer Account**
181812

**Payor Account**
181812

**Customer Address**
PO BOX 2975
OCALA FL  34478-2975  USA

**Payor Address**
PO BOX 2975
OCALA FL 34478-2975 USA

**Customer Phone**
954-921-8888

**Payor Phone**
954-921-8888

**Sales Rep.**
mvinajeras@miamiherald.com

**Order Taker**
mvinajeras@miamiherald.com

| **PO Number** | **Payment Method** | **Blind Box** |
|---|---|---|

| **Tear Sheets** | **Proofs** | **Affidavits** |
|---|---|---|
| 0 | 0 | 0 |

| **Net Amount** | **Tax Amount** | **Total Amount** |
|---|---|---|
| $883.16 | $0.00 | $883.16 |

| **Payment Amt** | **Amount Due** |
|---|---|
| $0.00 | $883.16 |

| **Ad Number** | **Ad Size** | **Color** |
|---|---|---|
| 0000906563-01 | 1.0 X 5.2500" | <NONE> |

| **Product Information** | | **# Inserts** | **Cost** |
|---|---|---|---|
| **Placement/Classification** | | | |
| **Run Dates** | | | |
| **Run Schedule Invoice Text** | | | |
| MIA-Miami Herald:Print:MIA-Full Run | | 2 | $883.16 |
| 9200 - Auctions | | | |
| 2/15/2014, 2/16/2014 | | | |

2/13/2014 9:57:25AM

# ADVERTISING TEAR SHEET

Prepared For  3476

PUBLICATION  Miami Herald   INSERTION DATE  2.23.14

SECTION  Auctions   PAGE  3E

TOTAL AD COST  420⁵⁵  YOUR PERCENTAGE  56%  YOUR COST  235⁵¹

MiamiHerald.com | **MIAMI HERALD**

SUNDAY, FEBRUARY 23, 2014 | **3E**





3



# 3 AUCTIONS

**ESTATE ORDERS SOLD ABSOLUTE**

**TUES • FEB 25 • 11 AM**
**5425 NW 82 AVE • MIAMI**

## HYDRAULIC EQUIP

**EQUIPMENT • MACHINERY • SUPPLIES**

**BANKRUPTCY AUCTION**
FILIGREE WIDESLAB OF FLORIDA, INC.
14-11950-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 11 AM**
**3501 BURRIS RD • DAVIE**

## CRANE • TRUCKS FORKLIFTS

2008 FORD F-350 • 2005 FORD F-350
2001 MULE • 2- 1990 CAT R60 FORKLIFTS
1995 CAT FORKLIFT w/TELESCOPING ARM

'69 LINKBELT 65 TON FRICTION CRANE
1200' CONCRETE CASTING BEDS & SLABS
100'S LENGTHS OF LUMBER • SUPPLIES
'85 CASE W24C FRONT END LOADER
PLASMA CUTTER • GENERATOR • PUMPS
CONCRETE SAWS • POWER & HAND TOOLS
15- 45' FLATBED TRAILERS - '01 '96 '95

**BANKRUPTCY AUCTION**
JOSE J. ZAPATA & ROSA QUIROZ
13-40613-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 2 PM**
**3501 BURRIS RD • DAVIE**

## SCHOOL BUSES VANS • TRUCK • CAR

*Photos & Details Available Online*
**BUYER'S PREMIUM**

AB1996   **STAMPLER AUCTIONS**   AU2925

**954.921.8888**
www.stamplerauctions.com

**MIAMI HERALD**
**CLASSIFIED DISPLAY**
**AUCTION SECTION**
**SATURDAY - FEBRUARY 22, 2014**
**SUNDAY - FEBRUARY 23, 2014**
**1 COL x 5" - $841.10**
**ORDER # 0000914881-01**
**CONFIRM # 249893**

  **The Reporter**

**Customer**
STAMPLER AUCTIONS

**Payor Customer**
STAMPLER AUCTIONS

**Customer Account**
181812

**Payor Account**
181812

**Customer Address**
PO BOX 2975
OCALA FL 34478-2975 USA

**Payor Address**
PO BOX 2975
OCALA FL 34478-2975 USA

**Customer Phone**
954-921-8888

**Payor Phone**
954-921-8888

**Sales Rep.**
mvinajeras@miamiherald.com

**Order Taker**
mvinajeras@miamiherald.com

| PO Number | Payment Method | Blind Box |
|---|---|---|
| **Tear Sheets** 0 | **Proofs** 0 | **Affidavits** 0 |

| Net Amount | Tax Amount | Total Amount |
|---|---|---|
| $841.10 | $0.00 | $841.10 |

| Payment Amt | Amount Due |
|---|---|
| $0.00 | $841.10 |

| Ad Number | Ad Size | Color |
|---|---|---|
| 0000914881-01 | 1.0 X 5.0000" | <NONE> |

| Product Information Placement/Classification Run Dates Run Schedule Invoice Text | # Inserts | Cost |
|---|---|---|
| MIA-Miami Herald:Print:MIA-Full Run 9200 - Auctions 2/22/2014, 2/23/2014 | 2 | $841.10 |



**SUN SENTINEL**
**CLASSIFIED DISPLAY**
**AUCTION SECTION**
**SUNDAY - FEBRUARY 16, 2014**
**1 COL x 5.25" - $483.00**
**ORDER # SSA2158753-1**
**CONFIRM # 00505375**

# ADVERTISING TEAR SHEET

### Prepared For 3476

**PUBLICATION** Sun Sentinel          **INSERTION DATE** 2.23.14

**SECTION** Auctions                              **PAGE** 4H

**TOTAL AD COST** 483          **YOUR PERCENTAGE** 57%          **YOUR COST** 27531

**4H** · SOUTH FLORIDA SUNSENTINEL · SUNSENTINEL.COM · Sunday, February 23, 2014



**3 AUCTIONS**

ESTATE ORDERS SOLD ABSOLUTE

**TUES · FEB 25 · 11 AM**
**5425 NW 82 AVE · MIAMI**

**HYDRAULIC EQUIP**

EQUIPMENT · MACHINERY · SUPPLIES

**BANKRUPTCY AUCTION**
FILIGREE WIDESLAB OF FLORIDA, INC.
14-11950-RBR · KENNETH WELT, TRUSTEE

**WED · FEB 26 · 11 AM**
**3501 BURRIS RD · DAVIE**

**CRANE · TRUCKS**
**FORKLIFTS**

2008 FORD F-350 · 2005 FORD F-350
2001 MULE · 2- 1990 CAT R60 FORKLIFTS
1995 CAT FORKLIFT w/TELESCOPING ARM
'69 LINKBELT 65 TON FRICTION CRANE
1200' CONCRETE CASTING BEDS & SLABS
100'S LENGTHS OF LUMBER · SUPPLIES
'85 CASE W24C FRONT END LOADER
PLASMA CUTTER · GENERATOR · PUMPS
CONCRETE SAWS · POWER & HAND TOOLS
15- 45' FLATBED TRAILERS - '01. '96 / '95
OFFICE FURNITURE · BUSINESS MACHINES
FIRE PROOF FILES · DRAFTING TABLES

**BANKRUPTCY AUCTION**
JOSE J. ZAPATA & ROSA QUIROZ
13-40613-RBR · KENNETH WELT, TRUSTEE

**WED · FEB 26 · 2 PM**
**3501 BURRIS RD · DAVIE**

**SCHOOL BUSES**
**VANS · TRUCK · CAR**

Photos & Details Available Online
**BUYER'S PREMIUM**

**STAMPLER**
**AUCTIONS**

**954.921.8888**
www.stamplerauctions.com





# 3 AUCTIONS

ESTATE ORDERS SOLD ABSOLUTE

**TUES • FEB 25 • 11 AM**
**5425 NW 82 AVE • MIAMI**

## HYDRAULIC EQUIP

EQUIPMENT • MACHINERY • SUPPLIES

**BANKRUPTCY AUCTION**
FILIGREE WIDESLAB OF FLORIDA, INC.
14-11950-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 11 AM**
**3501 BURRIS RD • DAVIE**

## CRANE • TRUCKS FORKLIFTS

2008 FORD F-350 • 2005 FORD F-350
2001 MULE • 2- 1990 CAT R60 FORKLIFTS
1995 CAT FORKLIFT wTELESCOPING ARM

'69 LINKBELT 65 TON FRICTION CRANE

1200' CONCRETE CASTING BEDS & SLABS
100'S LENGTHS OF LUMBER • SUPPLIES

'85 CASE W24C FRONT END LOADER

PLASMA CUTTER • GENERATOR • PUMPS
CONCRETE SAWS • POWER & HAND TOOLS

15- 45' FLATBED TRAILERS • '01 '96 '95

OFFICE FURNITURE • BUSINESS MACHINES
FIRE PROOF FILES • DRAFTING TABLES

**BANKRUPTCY AUCTION**
JOSE J. ZAPATA & ROSA QUIROZ
13-40613-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 2 PM**
**3501 BURRIS RD • DAVIE**

## SCHOOL BUSES
## VANS • TRUCK • CAR

*Photos & Details Available Online*
BUYER'S PREMIUM

STAMPLER AUCTIONS

**954.921.8888**
www.stamplerauctions.com

SUN SENTINEL
CLASSIFIED DISPLAY
AUCTION SECTION
SUNDAY - FEBRUARY 23, 2014
1 COL x 5¼" - $483.00
ORDER # SSA2171542-1
CONFIRM # 00508078



# 3 AUCTIONS

**ESTATE ORDERS SOLD ABSOLUTE**

**TUES • FEB 25 • 11 AM**
**5425 NW 82 AVE • MIAMI**

## HYDRAULIC EQUIP

**EQUIPMENT • MACHINERY • SUPPLIES**

**BANKRUPTCY AUCTION**
FILIGREE WIDESLAB OF FLORIDA, INC.
14-11950-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 11 AM**
**3501 BURRIS RD • DAVIE**

## CRANE • TRUCKS FORKLIFTS

2008 FORD F-350 • 2005 FORD F-350
2001 MULE • 2- 1990 CAT R60 FORKLIFTS
1995 CAT FORKLIFT w/TELESCOPING ARM
'69 LINKBELT 65 TON FRICTION CRANE
1200' CONCRETE CASTING BEDS & SLABS
100'S LENGTHS OF LUMBER • SUPPLIES
'85 CASE W24C FRONT END LOADER
PLASMA CUTTER • GENERATOR • PUMPS
CONCRETE SAWS • POWER & HAND TOOLS
15- 45' FLATBED TRAILERS - '01 '96 '95

**BANKRUPTCY AUCTION**
JOSE J. ZAPATA & ROSA QUIROZ
13-40613-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 2 PM**
**3501 BURRIS RD • DAVIE**

## SCHOOL BUSES VANS • TRUCK • CAR

*Photos & Details Available Online*
**BUYER'S PREMIUM**

**STAMPLER AUCTIONS**
AB196 • AU235

**954.921.8888**
www.stamplerauctions.com

**PALM BEACH POST**
**CLASSIFIED DISPLAY**
**AUCTION SECTION**
**SUNDAY - FEBRUARY 23, 2014**
**1 COL x 5" - $339.30**



# 3 AUCTIONS

ESTATE ORDERS SOLD ABSOLUTE

**TUES • FEB 25 • 11 AM**
**5425 NW 82 AVE • MIAMI**

## HYDRAULIC EQUIP

EQUIPMENT • MACHINERY • SUPPLIES

**BANKRUPTCY AUCTION**
FILIGREE WIDESLAB OF FLORIDA, INC.
14-11950-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 11 AM**
**3501 BURRIS RD • DAVIE**

## CRANE • TRUCKS FORKLIFTS

2008 FORD F-350 • 2005 FORD F-350
2001 MULE • 2- 1990 CAT R60 FORKLIFTS
1995 CAT FORKLIFT w/TELESCOPING ARM

'69 LINKBELT 65 TON FRICTION CRANE

1200' CONCRETE CASTING BEDS & SLABS
100'S LENGTHS OF LUMBER • SUPPLIES

'85 CASE W24C FRONT END LOADER

PLASMA CUTTER • GENERATOR • PUMPS
CONCRETE SAWS • POWER & HAND TOOLS

15- 45' FLATBED TRAILERS • '01/ '96 / '95

OFFICE FURNITURE • BUSINESS MACHINES
FIRE PROOF FILES • DRAFTING TABLES

**BANKRUPTCY AUCTION**
JOSE J. ZAPATA & ROSA QUIROZ
13-40613-RBR • KENNETH WELT, TRUSTEE

**WED • FEB 26 • 2 PM**
**3501 BURRIS RD • DAVIE**

## SCHOOL BUSES VANS • TRUCK • CAR

*Photos & Details Available Online*
BUYER'S PREMIUM

AB196 STAMPLER AUCTIONS AU2995

**954.921.8888**
www.stamplerauctions.com

**ORLANDO SENTINEL**
**CLASSIFIED DISPLAY**
**AUCTION SECTION**
**SUNDAY - FEBRUARY 23, 2014**
**1 COL x 5¼" - $256.95**

# ADVERTISING TEAR SHEET

**Prepared For** 3476

**PUBLICATION** Daily Business Review **INSERTION DATE** 2.18.14

**SECTION** Court Ordered Sales **PAGE** A5

**TOTAL AD COST** 234 **YOUR PERCENTAGE** 100% **YOUR COST** 234

**DAILY BUSINESS REVIEW** TUESDAY, FEBRUARY 18, 2014 **dailybusinessreview.com A5**



**BANKRUPTCY AUCTION**
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
KENNETH A. WELT, TRUSTEE
In Re: Filigree Wideslab of Florida, Inc.
Case No.14-11950-BKC-RBR

| WED • FEB 26 • 11AM INSPECT 9AM-11AM | 3501 BURRIS RD DAVIE • FL |

**CRANE & EQUIPMENT**

INVENTORY
MACHINERY
SUPPLIES

STAMPLER
AUCTIONS

Photos & Details Online
BUYER'S PREMIUM
AB196 | AU 295

954.921.8888
www.stamplerauctions.com



# ADVERTISING TEAR SHEET

Prepared For _3476_

PUBLICATION _Daily Business Reviews_ INSERTION DATE _2.19.14_

SECTION _Court Ordered Sales_ PAGE _A5_

TOTAL AD COST _234_ YOUR PERCENTAGE _100%_ YOUR COST _234_

**DAILY BUSINESS REVIEW** WEDNESDAY, FEBRUARY 19, 2014 **dailybusinessreview.com A5**



**BANKRUPTCY AUCTION**
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
KENNETH A. WELT, TRUSTEE
In Re: Filigree Wideslab of Florida, Inc.
Case No.14-11950-BKC-RBR

WED • FEB 26 • 11AM | 3501 BURRIS RD
INSPECT 9AM-11AM | DAVIE • FL

**CRANE & EQUIPMENT**

INVENTORY
MACHINERY
SUPPLIES

**STAMPLER AUCTIONS**

Photos & Details Online
BUYER'S PREMIUM
AB196 | AU 295

954.921.8888
www.stampleauctions.com



# ADVERTISING TEAR SHEET

Prepared For _3476_

PUBLICATION _Daily Business Review_ INSERTION DATE _2.21.14_

SECTION _Court Ordered Sales_       PAGE _A5_

TOTAL AD COST _234-_ YOUR PERCENTAGE _100%_ YOUR COST _234-_

**DAILY BUSINESS REVIEW**   FRIDAY, FEBRUARY 21, 2014   **dailybusinessreview.com A5**





# ADVERTISING TEAR SHEET

Prepared For 3476

PUBLICATION DBR- Court Order INSERTION DATE 2.24.14

SECTION Court Ordered Sales    PAGE A5

TOTAL AD COST 234 YOUR PERCENTAGE 100% YOUR COST 234

**DAILY BUSINESS REVIEW**   MONDAY, FEBRUARY 24, 2014   **dailybusinessreview.com  A5**







**BANKRUPTCY AUCTION**
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
KENNETH A. WELT, TRUSTEE
In Re: Filigree Wideslab of Florida, Inc.
Case No.14-11950-BKC-RBR

| WED • FEB 26 • 11AM<br>INSPECT 9AM-11AM | 3501 BURRIS RD<br>DAVIE • FL |
|---|---|

**CRANE & EQUIPMENT**

INVENTORY
MACHINERY
SUPPLIES

**STAMPLER**
**AUCTIONS**

*Photos & Details Online*
**BUYER'S PREMIUM**
**AB196 | AU 295**

**954.921.8888**
**www.stamplerauctions.com**

**DAILY BUSINESS REVIEWS**
**COURT-ORDERED SALES**
**4 WEEK INSERT**

**1 COL x 4" - $234 / WEEK**

DAILY BUSINESS REVIEW - OCTELMA
347-6614 / FAX: 347-6636
BANKRUPTCY SALES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILIGREE WIDESLAB OF FLORIDA, INC.
CASE No. 14-11950-BKC-RBR
KENNETH A. WELT, TRUSTEE
--- CRANE & EQUIPMENT ---

WEDNESDAY – FEBRUARY 26 – 11 AM
3501 BURRIS ROAD (SW 46 AVENUE)
DAVIE / FORT LAUDERDALE, FL 33314

INSPECTION:  9AM-11AM DAY OF AUCTION
954.921.8888
WWW.STAMPLERAUCTIONS.COM


STAMPLER AUCTIONS
1914 TIGERTAIL BOULEVARD
DANIA, FL 33004
954.921.8888


Whatever the usual format is.  Pull out the information that you need.  Thank you.
Call me if you have any questions.  Carrie.

# ADVERTISING TEAR SHEET

Prepared For _3476_

PUBLICATION _Ind'l Marketplace_ INSERTION DATE _2.20.14_

SECTION _For Sale_ PAGE _14_

TOTAL AD COST _295_ YOUR PERCENTAGE _5c'/._ YOUR COST _190⁰¹_



www.impmagazine.com   (14)   February 20, 2014   FOR SALE

# AUCTIONS

| TUES • FEB 22 AT 11 AM | 5425 NW 82 AVENUE DORAL / MIAMI • FL |
|---|---|

ESTATE ORDERS ABSOLUTE AUCTION • HYDRAULIC ASSOCIATES

## HYDRAULIC EQUIPMENT

PARKER HYDRAULIC EQUIPMENT MACHINERY VALVES

GENERATOR • COMPRESSOR • TRAILER • MUCH MORE

**BANKRUPTCY AUCTION**
US BANKRUPTCY COURT • S DISTRICT OF FLORIDA #14-11950-RBR • KENNETH WELT, TRUSTEE RE: FILIGREE WIDESLAB OF FLORIDA, INC.

| WED • FEB 26 AT 11 AM | 3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL |
|---|---|

## CRANE & EQUIPMENT

'69 LINKBELT 65 TON FRICTION CRANE • '85 CASE W24C FRONT END LOADER
2 CAT FORKLIFTS • '94 SKYTRAK TELESCOPING FORKLIFT • '01 KAWASAKI MULE
'08 & '05 F350's • REBAR • STRAND • CONCRETE • TOOLS • MUCH MORE

**BANKRUPTCY AUCTION**
US BANKRUPTCY COURT • S DISTRICT OF FLORIDA #13-40613-RBR • KENNETH WELT, TRUSTEE RE: JOSE J. ZAPATA & ROSA QUIROZ

| WED • FEB 26 AT 2 PM | 3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL |
|---|---|

## SCHOOL BUSES

'95 / 2- '93 / '90 INT'L 3800 SCHOOL BUSES • '94 FORD B600 SCHOOL BUS

**VANS** '02 FORD E350 VAN '02 DODGE 3500 VAN    **MORE** '02 DODGE RAM 1500 '01 MERCURY SABLE

**STAMPLER AUCTIONS**

AB 196 AU 295   NAA

AUCTIONEERS AS AGENTS
1914 TIGERTAIL BLVD
DANIA FL 33004

**800.330.BIDS**
www.stamplerauctions.com



# AUCTIONS

| TUES • FEB 22 AT 11 AM | 5425 NW 82 AVENUE DORAL / MIAMI • FL |
|---|---|

ESTATE ORDERS ABSOLUTE AUCTION • HYDRAULIC ASSOCIATES

## HYDRAULIC EQUIPMENT

PARKER HYDRAULIC EQUIPMENT MACHINERY VALVES

GENERATOR • COMPRESSOR • TRAILER • MUCH MORE

## BANKRUPTCY AUCTION

US BANKRUPTCY COURT • S DISTRICT OF FLORIDA
#14-11950-RBR • KENNETH WELT, TRUSTEE
RE: FILIGREE WIDESLAB OF FLORIDA, INC.

| WED • FEB 26 AT 11 AM | 3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL |
|---|---|

## CRANE & EQUIPMENT



'69 LINKBELT 65 TON FRICTION CRANE • '85 CASE W24C FRONT END LOADER
2 CAT FORKLIFTS • '94 SKYTRAK TELESCOPING FORKLIFT • '01 KAWASAKI MULE
'08 & '05 F350's • REBAR • STRAND • CONCRETE • TOOLS • MUCH MORE

## BANKRUPTCY AUCTION

US BANKRUPTCY COURT • S DISTRICT OF FLORIDA
#13-40613-RBR • KENNETH WELT, TRUSTEE
RE: JOSE J. ZAPATA & ROSA QUIROZ

| WED • FEB 26 AT 2 PM | 3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL |
|---|---|

## SCHOOL BUSES



'95 / 2- '93 / '90 INT'L 3800 SCHOOL BUSES • '94 FORD B600 SCHOOL BUS

**VANS** '02 FORD E350 VAN
'02 DODGE 3500 VAN

**MORE** '02 DODGE RAM 1500
'01 MERCURY SABLE



STAMPLER AUCTIONS

AB 196
AU 295

NAA
Auctioneer

**AUCTIONEERS AS AGENTS**
1914 TIGERTAIL BLVD
DANIA FL 33004

**800.330.BIDS**
www.stamplerauctions.com



/4 Pg - Int'l MKt PL   $295 -   2/20 Issue date

# AUCTIONS

| **TUES • FEB 22 AT 11 AM** | **5425 NW 82 AVENUE DORAL / MIAMI • FL** |

ESTATE ORDERS ABSOLUTE AUCTION • HYDRAULIC ASSOCIATES

## HYDRAULIC EQUIPMENT

GENERATOR • COMPRESSOR • TRAILER • MUCH MORE

**PARKER HYDRAULIC** EQUIPMENT MACHINERY VALVES

## BANKRUPTCY AUCTION

US BANKRUPTCY COURT • S DISTRICT OF FLORIDA
#14-11950-RBR • KENNETH WELT, TRUSTEE
RE: FILIGREE WIDESLAB OF FLORIDA, INC.

| **WED • FEB 26 AT 11 AM** | **3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL** |

## CRANE & EQUIPMENT



'69 LINKBELT 65 TON FRICTION CRANE • '85 CASE W24C FRONT END LOADER
2 CAT FORKLIFTS • '94 SKYTRAK TELESCOPING FORKLIFT • '01 KAWASAKI MULE
'08 & '05 F350's • REBAR • STRAND • CONCRETE • TOOLS • MUCH MORE

## BANKRUPTCY AUCTION

US BANKRUPTCY COURT • S DISTRICT OF FLORIDA
#13-40613-RBR • KENNETH WELT, TRUSTEE
RE: JOSE J. ZAPATA & ROSA QUIROZ

| **WED • FEB 26 AT 2 PM** | **3501 BURRIS ROAD DAVIE / FT LAUDERDALE • FL** |

## SCHOOL BUSES



'95 / 2- '93 / '90 INT'L 3800 SCHOOL BUSES • '94 FORD B600 SCHOOL BUS

**VANS** '02 FORD E350 VAN
'02 DODGE 3500 VAN

**MORE** '02 DODGE RAM 1500
'01 MERCURY SABLE





**AUCTIONEERS AS AGENTS**
1914 TIGERTAIL BLVD
DANIA FL 33004



AB 196
AU 295



# 800.330.BIDS
www.stamplerauctions.com

## Stampler Auctions - Carrie

**From:** "Contractors Hot Line (JOBCHLTRUCK_20140218)" <returns_contractors@4compart.com>
**To:** <info@stamplerauctions.com>
**Sent:** Wednesday, February 19, 2014 10:39 AM
**Subject:** Newest TruckerZine Digital Issue is Now Available

 Having trouble viewing this e-mail? Click Here



# TruckerZine Feb/Mar 2014 Issue Now Available





TruckerZine is your interactive connection to the latest trucks, trailers, parts, services and accessories for sale from leading sellers in the transportation industry.

Click on the cover to the left or click here to begin your interactive reading experience!

- Search Current Inventory Listings
- Quick Links to Seller's Email & Website
- Watch Product Videos from Industry Leaders

Enjoy this issue of TruckerZine and add it to your favorites because it's accessible on the web anytime anywhere!

 ☒ Click here to visit our site



Keep Contractors Hot Line e-mails coming! Cut and paste Contractors Hot Line [returns_contractors@4compart.com] into your address book or safe list now.

If you do not wish to receive such notices, Please **Unsubscribe** here to automatically remove yourself from the list. Manual removal is not strongly recommended as the email address that we have in our system may not be the email address that comes to us here when you reply. For this reason we ask that you unsubscribe by clicking the link. This will guarantee you that you have been removed fr om the list. If you insist on Manual Removal, please be advised that this can take up to 48 working hours to process and could prevent us from being able to retrieve and process the removal requests properly.

**Request** more information on the other products and services Contractors Hot Line has to offer.

2/19/2014

reply

x prohibited [2] Posted: an hour ago

# Crane & Equipment Auction (Davie)



Crane & Equipment Auction from "FILIGREE WIDESLAB OF FLORIDA"

US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-RBR - KENNETH A. WELT, TRUSTEE

1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2 CAT FORKLIFTS / 1994 SKYTRAK TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END LOADER / 2001 KAWASAKI MULE / 2008 & 2005 FORD F-350 PICKUP TRUCKS / REBAR / STRAND / TRUSS / VOIDS / LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000 FEET CONCRETE CASTING BEDS / MORE



© craigslist - Map data © OpenStreetMap

Auction Begins: Wednesday, February 26, 2014 at 11:00 am
Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am
Location: 2501 Burris Road, Davie, Florida 33314

http://miami.craigslist.org/brw/fod/4337351934.html                2/17/2014

[ post ]
[ account ]
CL >south florida >broward county >all event >events

— — —

reply

x prohibited [2] Posted: a day ago

## 2/26: Crane & Equipment Auction (Davie)





Crane & Equipment Auction from "FILIGREE WIDESLAB OF FLORIDA"

US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE
DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-RBR -
KENNETH A. WELT, TRUSTEE

1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2 CAT FORKLIFTS /
1994 SKYTRAK TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END LOADER / 2001
KAWASAKI MULE / 2008 & 2005 FORD F-350 PICKUP TRUCKS / REBAR / STRAND / TRUSS /
VOIDS / LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000 FEET
CONCRETE CASTING BEDS / MORE

Auction Begins: Wednesday, February 26, 2014 at 11:00 am
Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am
Location: 2501 Burris Road, Davie, Florida 33314

Please see our website for terms and conditions along with additional pictures:
http://stamplerauctions.com/auction_detail.php?id=222668

Stampler Auctions

1914 Tigertail Blvd
Dania, Florida 33004
Office: (800) 330-BIDS
Facsimile: (954) 342-2080

- Location: Davie
- do NOT contact me with unsolicited services or offers

post id: 4335953013    posted: a day ago    email to friend    ♥ best of

© 2014 craigslistCL
help
safety
privacy
feedback
cl jobs
terms
about
mobile
desktop

## 1969 LINK-BELT HC-108



| Equipment Specifications | |
|---|---|
| Year | 1969 |
| Manufacturer | LINK-BELT |
| Model | HC-108 |
| Location | Davie, Florida |
| Condition | Used |
| Capacity | 65 tn |

Auction
Auction: 2/26/2014 In Davie, Florida

General Information
1969 Linkbelt 65T107 65 Ton Friction Crane

Detailed Description
us bankruptcy auction - Filigree Wideslab of Florida, Inc - Case #14-11950-RBR - Kenneth A Welt, Trustee

Contact:
Stampler Auctions
Harry Stampler
Machine is located in:
Davie, Florida
Phone: 18003302437
or (954)921-8888
Fax: (954)342-2080

Post an Ad

**fort lauderdale, florida** free classifieds

backpage.com > fort lauderdale buy, sell, trade > fort lauderdale miscellaneous

Report Ad

# $100, Crane & Equipment Auction

Posted: Sunday, February 16, 2014 10:13 AM

### Reply: click here

Crane & Equipment Auction from "FILIGREE WIDESLAB OF
FLORIDA"

US BANKRUPTCY COURT - SOUTHERN DISTRICT OF
FLORIDA - FORT LAUDERDALE DIVISION - RE: FILIGREE
WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-
RBR - KENNETH A. WELT, TRUSTEE

1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED
TRAILERS / 2 CAT FORKLIFTS / 1994 SKYTRAK
TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END
LOADER / 2001 KAWASAKI MULE / 2008 & 2005 FORD F-350
PICKUP TRUCKS / REBAR / STRAND / TRUSS / VOIDS /
LUMBER / POWER TOOLS / HAND TOOLS / SHOP /
OFFICE / OVER 1,000 FEET CONCRETE CASTING BEDS /
MORE

Auction Begins: Wednesday, February 26, 2014 at 11:00 am
Inspection: Wednesday, February 26, 2014 from 9:00 am to
11:00 am
Location: 2501 Burris Road, Davie, Florida 33314

Please see our website for terms and conditions along with
additional pictures:
http://stamplerauctions.com/auction_detail.php?id=222668

Stampler Auctions
1914 Tigertail Blvd
Dania, Florida 33004
Office: (800) 330-BIDS
Facsimile: (954) 342-2080

• Location: Ft Lauderdale, Davie, Fl



Enlarge Picture



Enlarge Picture



Enlarge Picture

Crane & Equipment Auction - fort lauderdale misc for sale - backpage.com
Case 14-11950-RBR    Doc 33    Filed 03/10/14    Page 47 of 56

Page 2 of 3



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

• Post ID: 25202966 ftlauderdale

• Other ads by this user:

Commercial Plotters / Printers Auction 📠 buy, sell, trade:
electronics

Patio Furniture and Turkish Marble Auction 📷 (Miami)
buy, sell, trade: furniture for sale



Enlarge Picture

**Email this ad**

## Play it safe. Avoid Scammers.

Most of the time, transactions outside of your local area involving money orders, cashier checks, wire
transfers or shipping (especially overseas shipping) are scams or frauds.

Report all scam attempts to abuse@backpage.com.

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | backpage.com
© Copyright 2014

ftlauderdale.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the
publisher or speaker of any information provided by another information content provider.

## Stampler Auctions - Carrie

**From:** <no-reply@pennysaverusa.com>
**To:** <office@stamplerauctions.com>
**Sent:** Sunday, February 16, 2014 10:23 AM
**Subject:** Order Summary

 





Classifieds | Contests | Coupons | Careers | Pets | Real Estate

Hi Carrie,

Thanks for placing an ad with PennySaverUSA! Your ad should appear within 15 minutes.

You can edit or manage your ad(s) anytime in **your account**. If you didn't include a photo or video with your ad, we suggest you add one soon if you can. We've found that having photos or videos on your listing significantly increases response, and we know that's what you want, right? :)

For your reference, here is your order summary:

**Ad Reference:** AD-1SK-N3O, submitted on Feb. 16, 2014 7:23 a.m.
**Section:** Vehicle / Car Auctions
**Ad title:** Crane & Equipment Auction
**Ad text:** Crane & Equipment Auction from "FILIGREE WIDESLAB OF FLORIDA" US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-RBR - KENNETH A. WELT, TRUSTEE 1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2 CAT FORKLIFTS / 1994 SKYTRAK TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END LOADER / 2001 KAWASAKI MULE / 2008 & 2005 FORD F-350 PICKUP TRUCKS / REBAR / STRAND / TRUSS / VOIDS / LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000 FEET CONCRETE CASTING BEDS / MORE Auction Begins: Wednesday, February 26, 2014 at 11:00 am Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am Location: 2501 Burris Road, Davie, Florida 33314 Please see our website for terms and conditions along with additional pictures: http://stamplerauctions.com/auction_detail.php?id=222668 Stampler Auctions 1914 Tigertail Blvd Dania, Florida 33004 Office: (800) 330-BIDS Facsimile: (954) 342-2080

Your order details for ad Crane & Equipment Auction (AD-1SK-N3O):

| Product name | Duration | Price |
| --- | --- | --- |
| **Online Ad Activation** | 21 | Free |
| **Order total:** | | Free |

Visit **our Help page**, e-mail us at **support@pennysaverusa.com** or call **(866) 640-3900** if you have any questions.

Thanks for advertising with **PennySaverUSA**!

This e-mail has been sent to you automatically and there is no need to reply to it. If you did not register on our website and you get this e-mail, please contact us.



Crane, Equipment & Buses Auction - For Sale Ads - For Sale - Davie, Florida - 379867





Welcome: Guest - Feb 17, 2014

Home    Search    Support    Login    Register

**QUICK SEARCH**

Search

AdChoices ▷

▶ Classifieds ADS
▶ Free ADS India
▶ New England

**CATEGORIES**
For Sale
Aircraft
Antiques, Art and Collectibles
Automotive
Boats
Books and Magazines
Business Opportunities
Clothing and Accessories
Computers
Electronics
Employment
Entertainment
Finance
Food and Drink
Health and Beauty
Home and Garden
Internet
Jewelry
Motorcycles
Pets
Real Estate
Services
Shopping
Sports and Fitness
Tools
Toys
Travel
Video Games
Miscellaneous

Classifieds > For Sale

<< Previous Ad    Next Ad >>

## Crane, Equipment & Buses Auction

OBO

Contact Seller •

Cranes, Equipment and Buses Auction from FILIGREE WIDESLAB OF
FLORIDA

US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT
LAUDERDALE DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. -
CASE No. 14-11950-BKC-RBR - KENNETH A. WELT, TRUSTEE

1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2
CAT FORKLIFTS / 1994 SKYTRAK TELESCOPING FORKLIFTS / 1985
CASE W24C FRONT END LOADER / 2001 KAWASAKI MULE / 2008 & 2005
FORD F-350 PICKUP TRUCKS / STRAND / TRUSS / VOIDS /
LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000
FEET CONCRETE CASTING BEDS / MORE

Auction Begins: Wednesday, February 26, 2014 at 11:00 am
Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am
Location: 2501 Burris Road, Davie, Florida 33314

Please see our website for terms and conditions along with additional
pictures:
http://stampleraucti ons.com/auction_deta il.php?id=222668

Stampler Auctions
1914 Tigertail Blvd
Dania, Florida 33004
Office: (800) 330-BIDS
Facsimile: (954) 342-2080

▷

# Speed up My
# computer Free

free-pc-cleaner.sparktrust.com

Slow Computer Fix - 2 minutes.
Makes your PC Really Fast again!



• **Ad Number:** 379867
• **Listing Began:** Feb 15, 2014
• **Seller:** Stamplerauctions
• **Company name:** Stampler Auctions
• **Member Since:** Oct 26, 2013
• **Location:** Davie, Florida 33314
• **Phone:** (954) 921-8885
• **Price:** OBO
• **Seller Accepts:** Other
• **Ad Views:** 2
• Visit Seller's Website

**Pictures of Crane, Equipment & Buses Auction**





Terms of Use & Privacy Policy | © Copyright 2004 - 2014 iLeeg.com Free Ads.

Post Free
Classified Ad
Indeed.com/Post-Jobs
Reach 100 million job
seekers! Try the #1
jobsite free.

2014 Best Skin
Tighteners

VA Home
Loans - $0
Down

Windows XP
Driver Updates

Need Cash
Now? $40/day



**EPage
Classifieds**

**Want an app? We**'ll build it for you!        **Want an app? We**'ll build it for you!

Powered by AdJungle · Advertise Here

| Post a FREE Ad | Search | Gold Members | Browse All Ads | Member Account |
|---|---|---|---|---|

February 17, 2014

### Ad Details

| | |
|---|---|
| Ad # | 4983852 |
| Started | Feb 14, 2014 |
| Location | Dania, Florida |
| Category: | Manufacturing |
| Asking Price: | $100.00 |

**Message**  Write to the author about this ad

Report this ad: Wrong Category | Spam | Fraud

### Seller Information

| | | |
|---|---|---|
| Member | stamplerauctions Member Since: Jun 7, 2012 | |
| Member Level | Standard | Country: United States |
| Valid Email | Yes | Active ads: 4 |

Powered by AdJungle · Advertise Here

**Classified 4983852**

## Crane & Equipment Auction

Crane & Equipment Auction from "FILIGREE WIDESLAB OF FLORIDA"

US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-RBR - KENNETH A. WELT, TRUSTEE

1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2 CAT FORKLIFTS / 1994 SKYTRAK TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END LOADER / 2001 KAWASAKI MULE / 2008 & 2005 FORD F-350 PICKUP TRUCKS / REBAR / STRAND / TRUSS / VOIDS / LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000 FEET CONCRETE CASTING BEDS / MORE

Auction Begins: Wednesday, February 26, 2014 at 11:00 am
Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am
Location: 2501 Burris Road, Davie, Florida 33314

Please see our website for terms and conditions along with additional pictures:
http://stamplerauctions.com/auction_detail.php?id=222668

Stampler Auctions
1914 Tigertail Blvd
Dania, Florida 33004
Office: (800) 330-BIDS
Facsimile: (954) 342-2080

**Doctors, get yo**ur
own mobile app! $500
plus $50/mo

**Your ad here fo**r $5?
Yes, only $5 for a week
on hundreds of sites.

**After you call**
911...Can they find
you?

**Small Business** Alert!
Get your own mobile
app! $500 plus $50/mo



Share on Facebook

This ad has had **280** displays and **4** readers

Powered by AdJungle
Advertise Here

[ Home | Browse | Search | Account | Comments | FAQ ]



Powered By
EPage®

Copyright © 1996-2010, EPage. All rights reserved.
EPage and the mouse logo are registered trademarks of EPage

Web analytics powered by HitsLink. 

## Stampler Auctions - Carrie

**From:**     <no-reply@pennysaverusa.com>
**To:**       <office@stampplerauctions.com>
**Sent:**     Friday, February 14, 2014 9:51 PM
**Subject:**  Order Summary



**PennySaver**   f ♥ 8⁺ ⓟ

The Best Local Values - In Print & Online

| Classifieds | Contests | Coupons | Careers | Pets | Real Estate |

Hi Carrie,

Thanks for placing an ad with PennySaverUSA! Your ad should appear within 15 minutes.

You can edit or manage your ad(s) anytime in **your account**. If you didn't include a photo or video with your ad, we suggest you add one soon if you can. We've found that having photos or videos on your listing significantly increases response, and we know that's what you want, right? :)

For your reference, here is your order summary:

**Ad Reference:** AD-1SG-TGH, submitted on Feb. 14, 2014 6:51 p.m.
**Section:** Vehicle / Car Auctions
**Ad title:** Crane, Equipment & Buses Auction
**Ad text:** Cranes, Equipment and Buses Auction from "FILIGREE WIDESLAB OF FLORIDA" US BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION - RE: FILIGREE WIDESLAB OF FLORIDA, INC. - CASE No. 14-11950-BKC-RBR - KENNETH A. WELT. TRUSTEE 1969 LINKBELT 65 TON FRICTION CRANE / 15 FLATBED TRAILERS / 2 CAT FORKLIFTS / 1994 SKYTRAK TELESCOPING FORKLIFTS / 1985 CASE W24C FRONT END LOADER / 2001 KAWASAKI MULE / 2008 & 2005 FORD F-350 PICKUP TRUCKS / REBAR / STRAND / TRUSS / VOIDS / LUMBER / POWER TOOLS / HAND TOOLS / SHOP / OFFICE / OVER 1,000 FEET CONCRETE CASTING BEDS / MORE Auction Begins: Wednesday, February 26, 2014 at 11:00 am Inspection: Wednesday, February 26, 2014 from 9:00 am to 11:00 am Location: 2501 Burris Road, Davie, Florida 33314 Please see our website for terms and conditions along with additional pictures: http://stampplerauctions.com/auction_detail.php?id=222668 Stampler Auctions 1914 Tigertail Blvd Dania, Florida 33004 Office: (800) 330-BIDS Facsimile: (954) 342-2080

Your order details for ad Crane, Equipment & Buses Auction (AD-1SG-TGH):

| Product name | Duration | Price |
|---|---|---|
| **Online Ad Activation** | 21 | Free |
| **Order total:** | | Free |

Visit **our Help page**, e-mail us at **support@pennysaverusa.com** or call **(866) 640-3900** if you have any questions.

Thanks for advertising with **PennySaverUSA**!

This e-mail has been sent to you automatically and there is no need to reply to it. If you did not register on our website and you get this e-mail, please contact us.

## Stampler Auctions - Carrie

**From:** "SuperShopper.org" <Service@SuperShopper.org>
**To:** "Carrie Casey" <office@stamplerauctions.com>
**Sent:** Friday, February 14, 2014 9:03 PM
**Subject:** SuperShopper.org: Listing

Dear Carrie Casey,

Thank you for running your listing:

Cranes, Equipment and Buses Auction

Sincerely,

The Staff at SuperShopper.org
www.SuperShopper.org

|  |  |  |
|---|---|---|
| Carrie Casey | **Date:** | 2/14/2014 |
| 1914 Tigertail Boulevard | **Purchase Type:** | Classifieds Individual Listing<br>Cranes, Equipment and Buses Auction |
| Dania, FL 33004 | | |
| US | **Term:** | 2/14/2014 - 4/15/2014 |
| office@stamplerauctions.com | **Price:** $0.00 | |
| 954-921-8888 | **Net Price:** FREE | |